# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESSICA MARCIAL,<br><br>        Plaintiff,<br>    v.<br><br>SYNCHRONY BANK,<br><br>        Defendants. | Case No.: 8:20-cv-00180-SVW-JDE<br><br>[PROPOSED] JUDGMENT |

Plaintiff, Yessica Marcial, brought the present action against Defendant Synchrony Bank ("Synchrony"), alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, the CAL. CIV. CODE § 1788 et seq., and Intrusion Upon Seclusion. To date, Synchrony has yet to answer or otherwise respond to any of Plaintiff's filings or communications in this matter.

On March 18, 2020, Plaintiff filed a Request for the Clerk's Entry of Default. The request was granted, and the clerk's entry of default was entered on March 20, 2020. Synchrony did not file an opposition and did not appear in this case.

After considering Plaintiff's Request, JUDGMENT, pursuant to the provisions of Rule 55(b)(1), Federal Rules of Civil Procedure, is entered as follows:

1. Plaintiff's Request for Entry of Default Judgment is GRANTED.

2. Plaintiff shall recover statutory damages from the Defendant in the amount of $93,500.00.

3. Under the fee schedule set out in Local Rule 55-3, Plaintiff shall recover attorney's fees from Synchrony in the amount of $3,800.00.

4. Plaintiff shall recover $455.00 in litigation costs.

IT IS SO ENTERED.

DATED:   05/13/2020   

Deputy Clerk