Youssef H. Hammoud (SBN: 321934)
Lauren Tegan Rodkey (SBN: 275830)
PRICE LAW GROUP, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com

Brian Brazier (SBN: 245004)
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5587
F: (818) 600-5464
E: brian@pricelawgroup.com
*Attorneys for Plaintiff,*
*Yessica Marcial*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESSICA MARCIAL,<br><br>        Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>        Defendant. | Case No.: 8:20-cv-00180-SVW-JDE<br><br>**NOTICE OF SETTLMENT AS TO DEFENDANT SYNCHRONY BANK** |

///
///
///

- 1 -

NOTICE IS HEREBY GIVEN that Plaintiff Yessica Marcial and Defendant Synchrony Bank have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice as to Synchrony Bank within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Synchrony Bank. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated: July 31, 2020

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**Price Law Group, APC**
6245 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Yessica Marcial*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Brianna Frohman*