Youssef H. Hammoud (SBN: 321934)
Lauren Tegan Rodkey (SBN: 275830)
PRICE LAW GROUP, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com

Brian Brazier (SBN: 245004)
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5587
F: (818) 600-5487
E: brian@pricelawgroup.com
*Attorneys for Plaintiff,*
*Yessica Marcial*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESSICA MARCIAL,<br><br>       Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>       Defendant. | Case No.: 8:20-cv-00180-SVW-JDE<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT SYNCHRONY BANK** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Yessica Marcial ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), by and through

- 1 -

undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Synchrony. The parties shall bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED,

Dated: September 8, 2020       By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
PRICE LAW GROUP, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff*,
*Yessica Marcial*

Dated: September 8, 2020       By: */s/ Steven P. Warner*
Steven P. Warner (SBN: 159404)
Zachary C. Frampton (SBN: 303225)
REED SMITH LLP
355 South Grand Avenue, #2900
Los Angeles, CA 90071
Phone: 213.457.8000
Facsimile: 213.457.8080
Email: zframpton@reedsmith.com
Email: swarner@reedsmith.com
*Attorneys for Defendant,*
*Synchrony Bank*

///

///

///

- 2 -

# **SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that I have on file all signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

Dated: September 8, 2020         By: */s/ Youssef H. Hammoud*
                                 Youssef H. Hammoud
                                 youssef@pricelawgroup.com
                                 *Attorneys for Plaintiff,*
                                 *Yessica Marcial*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Tyla Flores-Gray*