# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESSICA MARCIAL,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>Defendant. | Case No.: 8:20-cv-00180-SVW-JDE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SYNCHRONY BANK** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Synchrony Bank, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Synchrony Bank, with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: November 18, 2020

_____
Honorable Stephen V. Wilson
United States District Judge

- 1 -